AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

FILED

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

Title 15, United States Code,
Section 1 (Price Fixing)

☐ Petty
☐ Minor
☐ Misde-
    meanor
☒ Felony

PENALTY:   See Attachment

E-Filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA   2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

—— DEFENDANT - U.S ——

▶ CHUNGHWA PICTURE TUBES, LTD.

DISTRICT COURT NUMBER

CR 08    0804

—————— DEFENDANT ——————   WHA

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
    give name of court

☐ this person/proceeding is transferred from another district
    per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on motion
    of:
    ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
    pending case involving this same
    defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding this
    defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Niall E. Lynch
Assistant Chief, USDOJ,

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Joseph P. Russoniello

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction            } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      If "Yes"
been filed?    ☐ No        } give date
                              filed

DATE OF          Month/Day/Year
ARREST    ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY    ▶

ANTITRUST DIVISION

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance      *Where defendant previously apprehended on complaint, no new summons or
                                            warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time:                    Before Judge:

Comments:

CR-08-0804 WHA

NIALL E. LYNCH (State Bar No. 157959)
MICHAEL L. SCOTT (State Bar No. 165452)
HEATHER S. TEWKSBURY (State Bar No. 222202)
ALEXANDRA J. SHEPARD (State Bar No. 205143)
DAVID J. WARD (State Bar No. 239504)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

E-Filing

Attorneys for the United States

**FILED**

NOV 1 2 2008

RICHARD W. WIEKING
NORTHERN U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) | No. CR **0804** |
|---|---|---|
| | ) | |
| v. | ) | **INFORMATION** |
| | ) | |
| | ) | VIOLATION: |
| | ) | Title 15, United States Code, |
| | ) | Section 1 (Price Fixing) |
| CHUNGHWA PICTURE TUBES, LTD., | ) | |
| | ) | San Francisco Venue |
| Defendant. | ) | |
| | ) | |

WHA

The United States of America, acting through its attorneys, charges:

### I.

### DESCRIPTION OF THE OFFENSE

1.      CHUNGHWA PICTURE TUBES, LTD. ("defendant") is made defendant on the charge stated below.

2.      From on or about September 14, 2001 to on or about December 1, 2006, defendant and its coconspirators entered into and engaged in a combination and conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of thin-film transistor liquid crystal display panels ("TFT-LCD"). The combination and conspiracy

INFORMATION - CHUNGHWA - PAGE 1

1    engaged in by the defendant and its coconspirators was in unreasonable restraint of interstate and

2    foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

3    3.      The charged combination and conspiracy consisted of a continuing agreement,

4    understanding, and concert of action among the defendant and its coconspirators, the substantial

5    terms of which were to agree to fix the prices of TFT-LCD.

6    4.      For the purpose of forming and carrying out the charged combination and

7    conspiracy, the defendant and its coconspirators did those things that they combined and

8    conspired to do, including, among other things:

9            (a)      participating in meetings, conversations, and communications in Taiwan,

10                       Korea, and the United States to discuss the prices of TFT-LCD;

11            (b)      agreeing, during those meetings, conversations, and communications, to

12                       charge prices of TFT-LCD at certain predetermined levels;

13            (c)      issuing price quotations in accordance with the agreements reached; and

14            (d)      exchanging information on sales of TFT-LCD, for the purpose of

15                       monitoring and enforcing adherence to the agreed-upon prices.

16                                               II.

17                     DEFENDANTS AND COCONSPIRATORS

18    5.      CHUNGHWA PICTURE TUBES, LTD. is a corporation organized and existing

19    under the laws of Taiwan, Republic of China. During the period covered by this Information,

20    CHUNGHWA PICTURE TUBES, LTD. engaged in the business of producing and selling TFT-

21    LCD to customers in the United States and elsewhere.

22    6.      Various corporations and individuals, not made defendants in this Information,

23    participated as coconspirators in the offense charged in this Information and performed acts and

24    made statements in furtherance of it.

25    7.      Whenever in this Information reference is made to any act, deed, or transaction of

26    any corporation, the allegation means that the corporation engaged in the act, deed, or transaction

27    by or through its officers, directors, employees, agents, or other representatives while they were

28    actively engaged in the management, direction, control, or transaction of its business or affairs.

INFORMATION - CHUNGHWA - PAGE 2

III.

TRADE AND COMMERCE

8.      TFT-LCD are glass panels composed of an array of tiny pixels that are electronically manipulated in order to display images. TFT-LCD are manufactured in a broad range of sizes and specifications for use in televisions, notebook computers, desktop monitors, mobile devices, and other applications.

9.      During the period covered by this Information, the defendant and its coconspirators sold and distributed TFT-LCD in a continuous and uninterrupted flow of interstate and foreign trade and commerce to customers located in states or countries other than the states or countries in which the defendant and its coconspirators produced TFT-LCD.

10.     The business activities of the defendant and its coconspirators that are the subject of this Information were within the flow of, and substantially affected, interstate and foreign trade and commerce.

IV.

JURISDICTION AND VENUE

11.     The combination and conspiracy charged in this Information was carried out, in part, in the Northern District of California, within the five years preceding the filing of this Information.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

INFORMATION - CHUNGHWA - PAGE 3

1 | ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

2

3

Thomas O. Barnett

4 | Assistant Attorney General

Phillip H. Warren
Chief, San Francisco Office

5

6

Scott D. Hammond

7 | Deputy Assistant Attorney General

Niall E. Lynch
Assistant Chief, San Francisco Office

8

9

Marc Siegel

10 | Director of Criminal Enforcement

Heather S. Tewksbury
Michael L. Scott
Alexandra J. Shepard

11 | United States Department of Justice
Antitrust Division

David J. Ward
Attorneys

12

U.S. Department of Justice

13

Antitrust Division
450 Golden Gate Avenue

14

Box 36046, Room 10-0101
San Francisco, CA 94102

15 | Joseph P. Russoniello  *STARTUT*
United States Attorney  *FOR SPR*

(415) 436-6660

16 | Northern District of California

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION - CHUNGHWA - PAGE 4